by unpublished opinion per Agid, J., concurred in by Grosse, C.J., and Forrest, J.

[No. 28815-6-I. Division One. December 21, 1992.]

GAYLE J. BROWN, *Respondent*, v. DAVID MONROE BROWN, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-2-03652-7, Carol A. Schapira, J., entered July 11, 1991. *Reversed* by unpublished opinion per Agid, J., concurred in by Scholfield and Baker, JJ.

[No. 11669-7-III. Division Three. December 22, 1992.]

MONTY RICHARDSON, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 90-2-00053-3, Yancey Reser, J., entered May 14, 1991. *Reversed* by unpublished opinion per Thompson, J., concurred in by Shields, C.J., and Sweeney, J.

[No. 11479-1-III. Division Three. December 22, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. RODNEY LYNN MCWATTERS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 90-1-00668-0, William J. Grant, J., entered February 28, 1991. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Shields, C.J., and Sweeney, J.

[No. 11480-5-III. Division Three. December 22, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. RODNEY LYNN MCWATTERS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 89-1-01706-8, Michael E. Donohue, J.,